# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

VICTOR LAMONT WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2366

———————————————

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.